**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-CV-20943-BB**

SHIFT CAPITAL, INC.

     *Plaintiff,*

v.

ATIF BAWAHAB, IINN, INC., and
INSIGHT MANAGEMENT AND
CONSULTING SERVICES, INC.,

     *Defendants.*

_____/

**DEFENDANTS ATIF BAWAHAB, IINN, INC., AND INSIGHT MANAGEMENT AND
CONSULTING SERVICES, INC.'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Atif Bawahab ("Bawahab"),

IINN, Inc., and Insight Management and Consulting Services, Inc. make the following disclosures:

1. Bawahab is a citizen of Texas.

2. IINN, Inc. does not have a parent corporation, and no public company has an interest of 10% or more in IINN, Inc.

3. IINN, Inc. is incorporated under the laws of and maintains its principal place of business in Michigan.

4. Insight Management and Consulting Services, Inc. does not have a parent corporation, and no public company has an interest of 10% or more in Insight Management and Consulting Services, Inc.

5. Insight Management and Consulting Services, Inc. is incorporated under the laws of and maintains its principal place of business in Michigan.

2

Dated: April 9, 2026                          Respectfully submitted,


                                              /s/ Charles Throckmorton
                                              FOLEY & LARDNER LLP
                                              Charles Throckmorton (FBN 101203)
                                              charles.throckmorton@foley.com
                                              2 South Biscayne Boulevard, Suite 1900
                                              Miami, FL 33131
                                              Telephone: 305.482.8400

                                              Evan Farrara (FBN 1066098)
                                              evan.farrara@foley.com
                                              100 North Tampa Street, Suite 2700
                                              Tampa, FL 33602
                                              Telephone: 813.225.4114


                                              *Attorneys for Defendants Atif Bawahab,*
                                              *IINN, Inc., and Insight Management and*
                                              *Consulting Services, Inc.*