UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHIFT CAPITAL, INC.

      Plaintiff,

vs.

ATIF BAWAHAB, IINN, INC., and
INSIGHT MANAGEMENT AND
CONSULTING SERVICES, INC.,

      Defendants.

_____

Case No: 26-cv-20943-BB

**NOTICE OF SETTLEMENT**

Plaintiff Shift Capital, Inc. and Defendants Atif Bawahab, IINN, Inc., and Insight Management and Consulting Services, Inc. hereby give notice that they have reached a settlement in principle that, once fully documented, will resolve this action.

The parties are in the process of finalizing settlement documentation and anticipate filing appropriate dismissal papers within thirty (30) days. Accordingly, Plaintiff and Defendants respectfully request that the Court hold all pending deadlines and matters in abeyance pending the filing of dismissal papers.

111839552.3

2

Dated: June 22, 2026

Respectfully submitted,

| **POLSINELLI PC** | **FOLEY & LARDNER LLP** |
|---|---|
| By: */s/ Michelle G. Bernstein* | By: */s/ Charles Throckmorton* |
| Michelle G. Bernstein | Charles Throckmorton |
| Florida Bar No. 1030736 | Florida Bar No. 101203 |
| Marx P. Calderón | Evan J. Farrara |
| Florida Bar No. 1065228 | Florida Bar No. 1066098 |
| 315 S. Biscayne Blvd., Suite 400 | 2 S. Biscayne Blvd, Suite 1900 |
| Miami, FL 33131 | Miami, FL 33131 |
| Telephone: (305) 921-1800 | Telephone: (305) 482-8407 |
| mbernstein@polsinelli.com | charles.throckmorton@foley.com |
| mcalderon@polsinelli.com | evan.farrara@foley.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 22, 2026, the foregoing was electronically filed through the CM/ECF system, thereby serving notice to all counsel of record.

*/s/ Michelle G. Bernstein*
Michelle G. Bernstein

2