**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SHIFT CAPITAL, INC.,

Plaintiff,

v.

ATIF BAWAHAB,
INSIGHT MANAGEMENT AND
CONSULTING SERVICES, INC., and
IINN, INC.,

Defendants.

_____________________________________/

Case No. 26-cv-20943-BLOOM/Elfenbein

**PLAINTIFF'S UNOPPOSED MOTION TO REOPEN CASE**
**AND RESTORE IT TO THE ACTIVE DOCKET**

Plaintiff Shift Capital, Inc. ("Plaintiff"), pursuant to the Court's June 23, 2026 Order Administratively Closing Case [ECF No. 32], and the Court's inherent authority to manage its docket, respectfully moves to reopen this action and restore it to the Court's active docket. Defendants do not oppose the requested relief. In support, Plaintiff states as follows:

1. Plaintiff filed its First Amended Complaint on April 27, 2026. ECF No. 16.

2. On May 18, 2026, Defendants filed their Motion to Dismiss the First Amended Complaint. ECF No. 23. Plaintiff filed its Response in Opposition on June 13, 2026. ECF No. 30.

3. On June 22, 2026, while the parties were engaged in settlement efforts, Plaintiff filed a Notice of Settlement. ECF No. 31.

4. On June 23, 2026, the Court entered its Order Administratively Closing Case. ECF No. 32. The Order directed the Clerk of Court to close this action for administrative purposes only.

5. Following entry of the Court's Order, the parties continued their good-faith efforts to document and consummate a resolution of this action.

6. Those discussions have stalled, however, and the parties have not consummated a final settlement or filed dismissal papers. Plaintiff therefore seeks to resume litigation of its claims.

7. An administrative closure is a docket-management mechanism rather than a final adjudication of the parties' rights. A district court has discretion to re-open an administratively closed case after tentative settlement discussions fail. *See S.E.C. v. Imperiali, Inc.*, 594 Fed. Appx. 957, 962 (11th Cir. 2014).

8. Because the contemplated settlement has not been consummated and the parties' discussions are no longer progressing toward a final resolution, good cause exists to reopen this action and restore it to the Court's active docket. No party will be prejudiced by the requested relief, and Defendants do not oppose this Motion.

9. Because the administrative closure may have affected pending motions and the previously established pretrial deadlines, Plaintiff further requests that the Court direct the parties to file, within seven (7) days after reopening, a joint status report addressing: (a) a proposed revised pretrial schedule; and (b) the appropriate treatment of Defendants' Motion to Dismiss and Plaintiff's Response, ECF Nos. 23 and 30, including a proposed deadline for any reply.

**WHEREFORE**, Plaintiff Shift Capital, Inc. respectfully requests that the Court enter an Order:

A. granting this Motion;

B. directing the Clerk of Court to reopen this action and restore it to the Court's active docket;

C. directing the parties to file, within seven (7) days after entry of the Court's Order, a joint status report addressing a revised pretrial schedule and the treatment of the motion-to-dismiss briefing at ECF Nos. 23 and 30, including a proposed deadline for any reply; and

D. granting such other and further relief as the Court deems just and appropriate.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel certifies that, on September 9, 2026 counsel for Plaintiff conferred via email with counsel for Defendants regarding the relief requested in this Motion. Counsel for Defendants stated that Defendants do not oppose the requested relief.

Respectfully submitted,

**POLSINELLI PC**

By: */s/ Michelle G. Bernstein*
Michelle G. Bernstein
Florida Bar No. 1030736
Marx P. Calderón
Florida Bar No. 1065228
315 S. Biscayne Blvd., Suite 400
Miami, Florida 33131
Telephone: 305.921.1800

Direct: 305.921.1818
mbernstein@polsinelli.com
mcalderon@polsinelli.com

*Counsel for Plaintiff Shift Capital, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2026 the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will serve all counsel of record.

*/s/ Michelle G. Bernstein*
Michelle G. Bernstein