**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SHIFT CAPITAL, INC.,<br><br>Plaintiff,<br>v.<br><br>ATIF BAWAHAB,<br>INSIGHT MANAGEMENT AND<br>CONSULTING SERVICES, INC., and<br>IINN, INC.,<br><br>Defendants.<br>_______________________________/ | Case No. 26-cv-20943-BLOOM/Elfenbein |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REOPEN CASE**

**THIS CAUSE** is before the Court upon Plaintiff Shift Capital, Inc.'s Unopposed Motion to Reopen Case and Restore It to the Active Docket, ECF No. [33] (the "Motion"). The Court has reviewed the Motion, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion, ECF No. [33], is **GRANTED**.
2. The Clerk of Court is directed to **REOPEN** this action and restore it to the Court's active docket.
3. Within seven (7) days after entry of this Order, the parties shall file a joint status report that:
   a. proposes revised deadlines for the remaining pretrial proceedings in this action; and
   b. states the parties' positions concerning the reinstatement or other appropriate treatment of Defendants' Motion to Dismiss and Plaintiff's Response, ECF Nos. 23 and 30, including a proposed deadline for any reply.

**DONE AND ORDERED** in Miami, Florida, on ____________________, 2026.

_________________________________
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record