**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-20943-BLOOM/Elfenbein**

SHIFT CAPITAL, INC.,

Plaintiff,

v.

ATIF BAWAHAB, IINN, INC., and
INSIGHT MANAGEMENT AND
CONSULTING SERVICES, INC.,

Defendants.
_______________________________/

**ORDER ADMINISTRATIVELY REOPENING CASE**

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion to Reopen Case and Restore it to the Active Docket ("Motion"), filed on September 9, 2026, ECF No. [33]. On June 23, 2026, after the Parties filed a Notice of Settlement, the Court entered an Order directing the Clerk to administratively close this case. ECF No. [32]. Plaintiff now reports the contemplated settlement has not been consummated and the Parties' discussions are no longer progressing toward a final resolution. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion to Reopen Case, **ECF No. [33],** is **GRANTED**.
2. The Clerk shall **ADMINISTRATIVELY REOPEN** this case.
3. The Parties' shall adhere to the following schedule:
   i. This case is set for trial during the Court's two-week trial calendar beginning on **May 17, 2027, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, May 11, 2027.** No pre-trial conference will be held unless a party

requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

**October 6, 2026** The parties shall select a mediator pursuant to Local Rule 16.2, shall **schedule a time, date, and place for mediation**, and shall jointly **file a notice, and proposed order scheduling mediation** via CM/ECF in the form specified on the Court's website, http://www.flsd.uscourts.gov. If the parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as possible, and the Clerk shall designate a certified mediator on a blind rotation basis. Counsel for all parties shall familiarize themselves with and adhere to all provisions of Local Rule 16.2. Within **three (3) days** of mediation, the parties are required to file a mediation report with the Court. Pursuant to the procedures outlined in the CM/ECF Administrative Procedures, **the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format.**

**November 14, 2026** All motions to amend pleadings or join parties are filed.

**December 22, 2026** Parties disclose experts and exchange expert witness summaries or reports.

**January 5, 2027** Parties exchange rebuttal expert witness summaries or reports.

**January 19, 2027** All discovery, including expert discovery, is completed.

**February 2, 2027** Parties must have completed mediation and filed a mediation report.

**February 10, 2027** All dispositive pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed. This deadline does not include motions *in limine* but **includes all other pre-trial motions.**

**May 3, 2027** Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), a joint summary of the parties' motion(s) *in limine*, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable.

**DONE AND ORDERED** in Chambers at Miami, Florida on September 15, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record