**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-CV-20943-BLOOM/Elfenbein

**SHIFT CAPITAL, INC.**,

Plaintiff,

v.

**ATIF BAWAHAB**, *et al.*,

Defendants.

______________________________/

**ORDER SETTING DISCOVERY STATUS CONFERENCE**

**THIS CAUSE** is before the Court following the referral of this action to the undersigned Magistrate Judge for all pre-trial discovery matters. It is hereby **ORDERED and ADJUGED** as follows:

Counsel shall appear before the Court on **December 7, 2026, at 10:00 a.m.**, via Zoom for a final discovery status conference before Magistrate Judge Marty Fulgueira Elfenbein. Counsel, parties, or members of the public can attend using either of the following methods:

1. Copying and pasting the following Zoom Link into a web browser: https://www.zoomgov.com/j/16109660856?pwd=UW5LVWEvcm1xdHR3ZlpnM2VFQVBRQT09; or
2. Going to https://www.zoomgov.com and entering Meeting ID 16109660856 and Passcode 309878.

No later than **November 30, 2026**, the parties shall file a joint discovery status report, which addresses the following:

1. the particular discovery each party has propounded;

2. whether the discovery requests have been answered;
3. the status of depositions, including:
    a. the number of depositions taken to date;
    b. the number of remaining depositions and whether they have been scheduled; and
    c. an explanation of any delay in scheduling the remaining depositions;
4. the status of expert disclosures;
5. whether the parties have any outstanding discovery disputes;
6. whether the parties believe that a discovery status conference is needed; and
7. whether the parties can certify that they will complete all discovery by the discovery deadline.

**DONE AND ORDERED** in Chambers in Miami, Florida on September 18, 2026.

**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc: All counsel of record