**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:26-CV-20943-BB

SHIFT CAPITAL, INC.,

Plaintiff,

v.

ATIF BAWAHAB, IINN, INC., and INSIGHT MANAGEMENT AND CONSULTING SERVICES, INC.,

Defendants.

**JOINT NOTICE OF MEDIATION**

Pursuant to Local Rule 16.2, and in accordance with the Court's Order Administratively Reopening Case [ECF No. 35] and October 9, 2026 Paperless Order [ECF No. 37], Plaintiff, SHIFT CAPITAL, INC., and Defendants, ATIF BAWAHAB, IINN, INC., and INSIGHT MANAGEMENT AND CONSULTING SERVICES, INC. (the "Parties"), file this Joint Notice of Mediation. Plaintiff and Defendants have agreed to select Karen Evans-Putney, Esquire, as mediator and agree to mediate this matter on November 5, 2026, at 10:00 a.m., via Zoom.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Charles Throckmorton*
FOLEY & LARDNER LLP
Charles Throckmorton (FBN 101203)
charles.throckmorton@foley.com
2 South Biscayne Boulevard, Suite 1900
Miami, FL 33131
Telephone: (305) 482-8400

Evan Farrara (FBN 1066098)
Evan.farrara@foley.com
100 North Tampa Street, Suite 2700

Respectfully submitted,

*/s/ Michelle Bernstein*
POLSINELLI
Michelle Bernstein (FBN 1030736)
mbernstein@polsinelli.com
315 S Biscayne Boulevard, Suite 400
Miami, FL 33137
Telephone: (305) 921-1818

Marx Calderon (FBN 1065228)
mcalderon@polsinelli.com
315 S Biscayne Boulevard, Suite 400

Tampa, FL 33602
Telephone: (813) 225-4114
*Counsel for Atif Bawahab, IINN, Inc. and Insight Management and Consulting Services, Inc.*

Miami, FL 33137
Telephone: (305) 921-1825
*Counsel for Shift Capital, Inc.*