**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:26-CV-20943-BB

SHIFT CAPITAL, INC.,

Plaintiff,

v.

ATIF BAWAHAB, IINN, INC., and INSIGHT MANAGEMENT AND CONSULTING SERVICES, INC.,

Defendants.

**NOTICE OF ENTRY OF PARTIES**

Plaintiff, Shift Capital Inc., through undersigned counsel, and in accordance with ECF No. 39, hereby identifies the parties' selected Mediator as:

Karen Evans-Putney, Esq.
Litigation Resolution, Inc.
2750 NE 185th Street
Aventura, FL 33180
Tel: (305) 371-3250
Email: KarenEvans@LitigationResolution.com
Assistant@LitigationResolution.com

Dated: October 15, 2026

Respectfully submitted,

**POLSINELLI PC**

*/s/ Marx P. Calderón*
Michelle Bernstein (FBN 1030736)
Marx P. Calderón (FBN 1065228)
315 S Biscayne Boulevard, Suite 400
Miami, FL 33131
Telephone: (305) 921-1825
mbernstein@polsinelli.com
mcalderon@polsinelli.com

*Counsel for Shift Capital, Inc.*