UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:26-cv-20943-BLOOM/ELFENBEIN

SHIFT CAPITAL, INC.,

Plaintiff,

v

ATIF BAWAHAB, INSIGHT MANAGEMENT AND CONSULTING SERVICES, INC., and IINN, INC.,

Defendants.

_______________________________________/

**REPORT OF MEDIATION**

A mediation conference was held on November 5, 2026 for the above-referenced matter. Mediator KAREN EVANS-PUTNEY conducted the proceedings via ZOOM. All parties and their respective counsel were present.

_______ A complete agreement was reached.

_______ A partial agreement was reached.

___X___ No agreement was reached.

_______ The mediation was adjourned until ______________________________.

Karen Evans-Putney
_______________________________
Karen Evans-Putney, Mediator

November 9, 2026
_______________
Date